```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            RENO, NEVADA


KEVIN J. MIRCH, ESQ.,              )   3:05-CV-0641-ECR-RAM
                                   )
     Plaintiff,                    )   MINUTES OF THE COURT
                                   )
vs.                                )   DATE: JANUARY 13, 2006
                                   )
BRUCE LAXALT, BRUCE BEESLEY,       )
ROB BARE, BRIDGET ROBB PECK, "DOE" )
CHRISTENSEN, STATE BAR OF NEVADA,  )
A-Z Corporations,                  )
                                   )
     Defendants.                   )
_____)

PRESENT:  _____EDWARD C. REED, JR._____        U. S. DISTRICT JUDGE

Deputy Clerk: _____COLLEEN LARSEN_____  Reporter: ____NONE APPEARING____

Counsel for Plaintiff(s)  _____NONE APPEARING_____

Counsel for Defendant(s)  _____NONE APPEARING_____
```

MINUTE ORDER IN CHAMBERS

This case is referred to the Chief Judge for reassignment.



LANCE S. WILSON, CLERK

By _____/s/_____
     Deputy Clerk