**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| KEVIN J. MIRCH, ESQ., | ) | |
| Plaintiff(s), | ) | 3:05-cv-0641-RLH-RAM |
| vs. | ) | **O R D E R** |
| | ) | (Motion to Enlarge Time–#14) |
| BRUCE BEESLEY, ROB BARE, BRIDGET ROBB PECK, DONALD CHRISTENSEN, STATE BAR OF NEVADA, | ) | |
| Defendant(s). | ) | |

    Before the Court is Plaintiff Kevin Mirch, Esq.'s **Motion for Enlargement of Time in Which to File Plaintiff's Opposition to Motion to Dismiss and Opposition to Motion to Dismiss Plaintiff's First Amended Complaint** (#14, filed May 8, 2006). Defendant's filed their Opposition (#15) on May 15, 2008.

    Plaintiff seeks an extension of time to file his opposition to the State Bar of Nevada's Motion to Dismiss (#12), and the remaining Defendants' Motion to Dismiss (#13), both filed April 19, 2006.

    Plaintiff claims that he needs a 60-day extension to oppose the two motions to dismiss because he suffered a stroke and was hospitalized for five days from April 6 to April 10, 2006. However, he offers no medical evidence, doctor's report or letter, or hospital report to verify his medical condition or the condition of his health. He only provides his own affidavit and that of his wife (who is also his law partner).

1

1   Plaintiff assures the Court that this motion is not for purposes of delay. Evidence
2 provided by the Defendants suggests the contrary. It appears that he has repeatedly used his health
3 as an excuse to request numerous extensions of time over the last year or so. Yet, he apparently
4 has the strength to file first a complaint in this action and then, on March 23, 2006, file an
5 amended complaint that is 60 pages long, containing 400 paragraphs.

6   In addition, he has scheduled numerous depositions in June (within the needed 60
7 days) in another case. It appears that Attorney Plaintiff Mirch is well enough to pursue some of his
8 cases, but wishes to delay the proceedings in others. Accordingly, there is not good cause shown
9 to grant this motion. Because, however, the time to respond to the two motions was the date of
10 filing this motion, the Court will grant a short extension, in the interest of justice.

11   IT IS THEREFORE ORDERED that Plaintiff Kevin Mirch, Esq.'s **Motion for
12 Enlargement of Time in Which to File Plaintiff's Opposition to Motion to Dismiss and
13 Opposition to Motion to Dismiss Plaintiff's First Amended Complaint** (#14) is DENIED.

14   IT IS FURTHER ORDERED that Plaintiff shall respond to the two motions to
15 dismiss (## 12, 13) within ten (10) days of the date of this Order.

16   Dated: May 18, 2006.

_____
**ROGER L. HUNT
United States District Judge**