```
Margo Piscevich, NV Bar No. 0917
Mark J. Lenz, Esq., NV Bar No. 4672
Piscevich & Fenner
499 West Plumb Lane, Suite 201
Reno, Nevada 89509
Tel: (775) 329-0958
Fax: (775) 329-2666
```
*Attorneys for DEFENDANTS*

**U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN J. MIRCH, ESQ.,<br><br>                    Plaintiff,<br><br>v.<br><br>BRUCE BEESLEY, ROB BARE, BRIDGET ROBB PECK, DONALD CHRISTENSEN, STATE BAR OF NEVADA, DOES I-X, A-Z CORPORATIONS,<br><br>                    Defendants | Case No. 3:05-cv-00641-RLH-RAM |

# Notice of Non-Compliance

**TO:** Plaintiff *in pro per*, Kevin J. Mirch, Esq., 320 Flint Street, Reno, NV 89501;

**TO:** Hon. Roger L. Hunt, U.S. District Judge

**PLEASE TAKE NOTICE:** That Plaintiff has failed to comply with this Court's Order [Doc.# 16] to file and serve his Oppositions to Defendants' Motions to Dismiss [Doc. ## 12, 13], within the time provided by the Court's Order. Plaintiff's Petition for a Writ of Mandamus before the 9th Circuit Court of Appeals did not stay the Court's Order, and pursuant to LR 7-2(d), Plaintiff's failure to oppose Defendants' Motions constitutes a consent to the granting thereof.

/ / /

/ /

/

- 1 -

1  Dated this 1st day of June, 2006.

2                                            P<small>ISCEVICH</small> & F<small>ENNER</small>

3

4                               By:    /s/_____
                                       Mark J. Lenz, Esq.
5                                      499 West Plumb Lane, Suite 201
                                       Reno, NV  89509
6                                      Attorneys for Defendants

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PISCEVICH & FENNER and that on this date I caused to be served a true and correct copy of the document described herein by the method indicated below, and addressed to the following:

**Document Served:**          NOTICE OF NON-COMPLIANCE

**Person(s) Served:**
Kevin J. Mirch, Esq.          \_\_\_\_XX\_\_\_\_  Hand Deliver
320 Flint Street              _____    U.S. Mail
Reno, NV  89501               _____  Overnight Mail
                              _____  Facsimile
                                          [number]

DATED this 1st day of June, 2006.

/s/_____
TERESA BORJON

**Piscevich & Fenner**
499 West Plumb Lane, Suite 201
Reno, NV  89509   775.329.0958