**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 14 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: KEVIN J. MIRCH, | No. 06-72693 |
| KEVIN J. MIRCH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA (LAS VEGAS),<br><br>　　　　Respondent,<br><br>BRUCE BEESELY; et al.,<br><br>　　　　Real Parties in Interest. | D.C. No. CV-05-00641-RLH<br>District of Nevada,<br>Las Vegas<br><br>ORDER  |

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant a response. *See* Fed. R. App. P. 21(b). Accordingly, within 14 days after the filing date of this order, the real party in interest shall file a response.

The district court may file a response if it so desires. Petitioner may file a reply within 5 days after service of the response(s). The petition, response(s) and any reply shall be referred to the next available motions panel.

MOATT