```
1  MIRCH & MIRCH
   KEVIN J. MIRCH, ESQ.
2  NV Bar No. 000923
   MARIE C. MIRCH, ESQ.
3  NV Bar No. 6747
   320 Flint Street
4  Reno, Nevada  89501
   (775) 324-7444
5
   Attorneys for Plaintiff
6
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN J. MIRCH, ESQ. | |
| Plaintiff, | |
| v. | Case No. 3:05-CV- 00641-RLH-RAM |
| BRUCE BEESLEY, ROB BARE, BRIDGET ROBB PECK, DONALD CHRISTENSEN, STATE BAR OF NEVADA, DOES I -X A-Z Corporations, | |
| Defendant. | |

### STIPULATION AND PROTECTIVE ORDER IN RE MEDICAL FILES AND INFORMATION BEING FILED UNDER SEAL REGARDING KEVIN J. MIRCH, ESQ.

COMES NOW, Plaintiff, KEVIN MIRCH, ESQ., by and through his counsel of record, MIRCH & MIRCH, MARIE C. MIRCH, ESQ., and Defendants, Bruce Beesley, Rob Bare, Bridget Robb Peck, Donald Christensen and State Bar of Nevada, by and through their counsel of record, PISEVICH & FENNER, MARK LENZ, ESQ., hereby stipulate and agree as follows:

1. In regards to the medical information and reports regarding Kevin J. Mirch, Esq., which are to be filed under seal with the Court and provided to Defendant's counsel, it is agreed and

///

///

1

stipulated that this information is to be construed as protected and is for attorney's eyes only. This information is not be disseminated to any other parties as it is private and confidential.

DATED this 31st day of July 2006.

MIRCH & MIRCH

By: /s/
MARIE C. MIRCH, ESQ.
SBN Nev.: 6747
320 Flint Street
Reno, NV 89501
(775) 324-7444
Attorney for Plaintiff

DATED this 28 day of July, 2006.

PISCEVICH & FENNER

BY: [signature]
MARK LENZ, ESQ.
SBN: 4672
499 West Plumb Lane
Suite 201
Reno, NV 89509
(775) 329-0958
Attorney for Defendant

## PROTECTIVE ORDER

IT IS SO ORDERED.

DATED this 31st day of July, 2006.

[signature]

UNITED STATES MAGISTRATE JUDGE