# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN J. MIRCH,<br>        Petitioner,<br><br>vs.<br><br>U.S. DISTRICT COURT FOR THE<br>DISTRICT OF NEVADA (LAS VEGAS)<br>        Respondent,<br><br>BRUCE BEESLEY, *et al.*<br>        Real Parties in Interest. | 3:05-cv-00641-RLH-RAM<br>USCA No. 06-72693 |

# ORDER ON MANDATE

A Petition for Writ of Mandamus having been filed with the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on August 14, 2006, issued its order denying the Petition as moot, and the Court being fully advised in the premises, **NOW, THEREFORE, IT IS ORDERED** that the mandate be spread upon the records of this Court.

Dated this 25th day of August, 2006.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE