Margo Piscevich, NV Bar No. 0917
Mark J. Lenz, Esq., NV Bar No. 4672
Piscevich & Fenner
499 West Plumb Lane, Suite 201
Reno, Nevada 89509
Tel: (775) 329-0958
Fax: (775) 329-2666
*Attorneys for DEFENDANTS*

**U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN J. MIRCH, ESQ., <br><br> Plaintiff, <br><br> v. <br><br> BRUCE BEESLEY, ROB BARE, BRIDGET ROBB PECK, DONALD CHRISTENSEN, STATE BAR OF NEVADA, DOES I-X, A-Z CORPORATIONS, <br><br> Defendants | Case No. 3:05-cv-00641-RLH-RAM |

# Reply in Support of Response to Order re Fees

Defendants Bruce Beesley, Bridget Robb Peck and Donald Christensen, by and through their counsel of record, Piscevich & Fenner, submit their Reply to Plaintiff's "Opposition to Response to Order re Fees, filed January 25, 2007, as follows:

## I.   Reply Argument

Mirch's recitation of facts is irrelevant to the issue of sanctions. Mirch has had the opportunity to oppose sanctions on the basis of his health, or any other reasons, but failed to persuade the Court that his Complaint was anything but frivolous. Defendants filed their Motion for Sanctions long before the Court initially decided Mirch's first request for an extension, and long before he petitioned the Ninth Circuit for a Writ of Mandamus. In any event, the Court

should note that the evidence Mirch finally submitted to support his extension requests could have been submitted at the time of the requests rather than after an interlocutory appeal.

Second, Mirch's arguments with respect to the Court's ruling on fees are inapposite. This Court awarded fees as a sanction for Mirch having filed a frivolous complaint, and ordered that Defendants "submit evidence of reasonable attorney's fees." [Order, p. 19, ln. 3]. Contrary to Mirch's assertions, Defendants submitted (1) the Declaration of counsel, and (2) billing records, from which the Court may determine all the factors necessary for an award. *Kerr v. Screen Extras Guild, Inc.*, 526 F. 2d 67, 69-70 (9th Cir. 1975). The Declaration states the hours and rates; the billings reflect the time and labor required, the novelty of Mirch's obfuscatory pleadings and arguments, the low hourly rate, that the fee is hourly, and the undesirability of the case. The Court may take judicial notice that Piscevich & Fenner has an excellent reputation for its skill and abilities in malpractice defense, as Mirch well knows. Accordingly, Defendants have complied with all the requirements necessary for an award of fees as a sanction for Mirch's frivolous lawsuit.

Mirch's proposed limitation of the fees does not make sense in the context of a sanction. Defendants incurred all of their fees as a result of Mirch's lawsuit, not just those arising out of the Motion for Sanctions.

Finally, Mirch misapprehends Defendants' Memorandum of Costs. Defendants are entitled to their costs regardless of the ruling on sanctions. Defendants submitted and properly supported their Memorandum of Costs, and costs should be awarded to them as the prevailing party.

## II. Conclusion

Defendants submitted adequate evidence of reasonable attorneys' fees pursuant to this Court's Order. Mirch's proposed limitations are unwarranted, and misrepresent the evidence submitted.

**WHEREFORE**, Defendants request relief as set forth in their "Response to Order Re Fees," and for such other and further relief as the Court deems appropriate in the circumstances.

Dated this 26th day of January, 2007.

                                         PISCEVICH & FENNER

By: /s/_____
Mark J. Lenz, Esq.
499 West Plumb Lane, Suite 201
Reno, NV 89509
Attorneys for Defendants

**Piscevich & Fenner**
499 West Plumb Lane, Suite 201
Reno, NV 89509   775.329.0958

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PISCEVICH & FENNER and that on this date I caused to be served a true and correct copy of the document described herein by the method indicated below, and addressed to the following:

**Document Served:**     **REPLY IN SUPPORT OF RESPONSE TO ORDER RE: FEES**

**Person(s) Served:**

| Kevin J. Mirch | | |
|---|---|---|
| 329 Flint Street | _____ | Hand Deliver |
| Reno, NV 89501 | \_\_\_\_XX\_\_\_\_ | U.S. Mail |
| | _____ | Overnight Mail |
| | _____ | Facsimile |
| | | [number] |

DATED this 26th day of January, 2007.

_____
TERESA BORJON

**Piscevich & Fenner**
499 West Plumb Lane, Suite 201
Reno, NV 89509  775.329.0958

- 4 -